IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN ZAPATA, | ) | CASE NO. 4:10CV3240 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| RICK ROBERTS, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on Defendants Rick Roberts, Loretta Roberts, and Matt Roberts' Motion for Protective Order. (Filing No. 33.) The court already ruled on a similar motion in this matter on February 3, 2011. (*See* Filing No. 32.) As set forth in the court's February 3, 2011, Memorandum and Order, no discovery may take place at this time and, therefore, no protective order is necessary.[1] (*See Id.*)

IT IS THEREFORE ORDERED that: the Motion for Protective Order (Filing No. 33) is denied. In addition, Defendants' request for an award of costs and fees related to the preparation and filing of their Motion for Protective Order is denied.

DATED this 17th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] To the extent Plaintiff has already served discovery requests upon Defendants, Defendants need not respond to them. If a progression order is later entered in this matter, Plaintiff will be required to re-serve his discovery requests in accordance with that progression order.